UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

TIMOTHY KRAFT,

                                      Plaintiff,

                          07 Civ. 2978 (DC)

                -against-

THE CITY OF NEW YORK, et al.,

                                      Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

        **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

        I am over 18 years of age and am not a party to this action.

        That on April 19, 2007, at approximately 11:45 a.m., at the office of the Center for Urban Community Services ("CUCS"), 120 Wall Street, 25th Floor, New York, NY 10005, I served **Summonses and Complaints** upon the CUCS, Stacy Neri, and Dawn Bradford, defendants therein named, by delivering and leaving three true copies of the **Summons and Complaint** with Paul Gualano personally. Declarant knew said individual to be authorized to accept service on behalf of defendants CUCS, Neri, and Bradford.

Dated:     New York, New York
               April 21, 2007

                                                    By:      /s
                                                             Rose M. Weber  (RW 0515)