UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TIMOTHY KRAFT,

                                      Plaintiff,          07 Civ. 2978 (DC)

    -against-

THE CITY OF NEW YORK, et al.,

                                      Defendants.

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**MICHELLE I. WEBER**, being duly sworn, deposes and says

I am over 18 years of age and am not a party to this action.

That on April 26, 2007, at approximately 11:30 a.m., at the office of Common Ground Community H.D.F.C., Inc. ("Common Ground"), 505 Eighth Avenue, 15th Floor, New York, NY 10018, I served **Summonses and Complaints** upon Common Ground, Rosanne Haggerty, Nancy Porcaro, Oretha Franklin, and Michael Giordano, defendants therein named, by delivering and leaving five true copies of the **Summons and Complaint** with Brenda Rosen personally. Declarant knew said individual to be authorized to accept service on behalf of defendants Common Ground, Haggerty, Porcaro, Franklin, and Giordano.

Dated:      New York, New York
               June 5, 2007

                                                    By: _____
                                                          Michelle I. Weber

Sworn to before me this
5th day of June, 2007.

_____
NOTARY PUBLIC

                                                      ROSE M. WEBER
                                           Notary Public, State of New York
                                               No. 02WE6086533
                                              Qualified in Kings County
                                           Commission Expires January 27, 2011