UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

TIMOTHY KRAFT,

                              Plaintiff,

                                        07 Civ. 2978 (DC)

       -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on June 15, 2007, at 11:12 a.m., at the Office of Legal Affairs, 125 Worth Street, Room 527, New York, NY 10013, I served a **Summons and Complaint** upon Health and Hospitals Corporation, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with Lynette Butler personally. Declarant knew said individual to be authorized to accept service on behalf of the above-referenced defendant.

Dated:    New York, New York
             June 17, 2007

                                          By:                /s
                                                  Rose M. Weber  (RW 0515)