UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Timothy Kraft

                       Plaintiff,                       07 CIVIL 2978 ( )

        -against-

The City of New York, et al.
                       Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Mark A. Solomon__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __2613__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: __Eustace + Marquez__

    To: __Law Offices of Patrick J. Maloney__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ **Address:** __90 Broad Street__

☑ **Telephone Number:** __(646) 428-2650__

☑ **Fax Number:** __(800) 730-5705__

☑ **E-Mail Address:** __marsol@safeco.com__

Dated: __6/26/07__