AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

**APPEARANCE**

Case Number:  07 CV 2978

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CENTER FOR URBAN COMMUNITY SERVICES, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/26/2007 | _(signature)_ |
| Date | Signature |
| | Mark A. Solomon     2613 |
| | Print Name     Bar Number |
| | 90 Broad Street - Suite 2202 |
| | Address |
| | New York    New York    10004 |
| | City    State    Zip Code |
| | (646) 248-2650    (800) 730-5705 |
| | Phone Number    Fax Number |