UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TIMOTHY KRAFT,                                          Docket No. 07 CV 2978

                          Plaintiffs,

        -against-
                                                        **RULE 7.1 STATEMENT**

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O.
JOSE BUENO, P.O.s JOHN and JANE DOE #1-10,
individually and in their official capacities (the names
John and Jane Doe being fictitious, as the true names are
presently unknown), THE NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION, DR. ELI
GREENBERG, DR. FADI HADDAD, DR. ALYSON
MALLOY, DR. AMY COHEN, and HHC PERSONNEL
JOHN and JANE DOE #11-20, E.M.S. SUPERVISOR
JOHN DOE #21, COMMON GROUND COMMUNITY
H.D.F.C., INC., CENTER FOR URBAN COMMUNITY
SERVICES, ROSANNE HAGGERTY, STACY NERI,
DAWN BRADFORD, NANCY PORCARO, ORETHA
FRANKLIN, and MICHAEL GIORDANO,

                          Defendants.
-------------------------------------------------------------------X

        Pursuant to FRCP 7.1 and to enable judges and magistrates of the Court to

evaluate possible disqualification or recusal, the undersigned attorney of record for

**CENTER FOR URBAN COMMUNITY SERVICES, INC.** certifies that the following

are corporate parents, subsidiaries, or affiliates of that party:

        **CUCS INITIATIVES, INC.**
        **CUCS HOUSING DEVELOPMEING FUND CORP., INC.**

Dated: New York, New York
        June 19, 2007

                                Yours, etc.

                                LAW OFFICES OF PATRICK J. MALONEY

                                By:_____
                                    Mark A. Solomon (2613)
                                Attorneys for Defendant
                                CENTER FOR URBAN COMMUNITY SERVICES, INC.
                                90 Broad Street – Suite 2202
                                New York, New York 10004
                                (646) 428-2650

TO:     ROSE M. WEBER, ESQ.
        Attorney for Plaintiff
        TIMOTHY KRAFT
        225 Broadway – Suite 1608
        New York, New York 10007
        (212) 748-3355

        CORPORATION COUNSEL
        100 Church Street
        New York, New York 10007

## CERTIFICATE OF SERVICE

**MARK A. SOLOMON** affirms the following under the penalties of perjury under the law of the United States and the State of New York:

I am an attorney at law admitted to practice before the Courts of the State of New York and this Honorable Court.

I am the attorney of record for the defendant, **CENTER FOR URBAN COMMUNITY SERVICES** in this action. I am over the age of eighteen and not a party to the action.

On June 19, 2007, I served the within **FRCP 7.1** upon:

ROSE M. WEBER, ESQ.
Attorney for Plaintiff
TIMOTHY KRAFT
225 Broadway – Suite 1608
New York, New York 10007
(212) 748-3355

CORPORATION COUNSEL
100 Church Street
New York, New York 10007

by depositing a true copy thereof enclosed in a properly addressed postpaid envelop in a mail depository under the exclusive control of the United States Postal Service in the State of New York.

Dated: New York, New York
      June 19, 2007

_____
Mark A. Solomon

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

TIMOTHY KRAFT,                                                    Docket No. 07 CV 2978

                              Plaintiffs,

        -against-

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O.
JOSE BUENO, P.O.s JOHN and JANE DOE #1-10,
individually and in their official capacities (the names
John and Jane Doe being fictitious, as the true names are
presently unknown), THE NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION, DR. ELI
GREENBERG, DR. FADI HADDAD, DR. ALYSON
MALLOY, DR. AMY COHEN, and HHC PERSONNEL
JOHN and JANE DOE #11-20, E.M.S. SUPERVISOR
JOHN DOE #21, COMMON GROUND COMMUNITY
H.D.F.C., INC., CENTER FOR URBAN COMMUNITY
SERVICES, ROSANNE HAGGERTY, STACY NERI,
DAWN BRADFORD, NANCY PORCARO, ORETHA
FRANKLIN, and MICHAEL GIORDANO,

                              Defendants.

-------------------------------------------------------------------X

---

**FRCP 7.1**

---

### LAW OFFICES OF PATRICK J. MALONEY
Attorneys for Defendant
### CENTER FOR URBAN COMMUNITY SERVICES
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650