```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x    07 CV 2978 (DC)
TIMOTHY KRAFT,
                                             ECF CASE
              Plaintiff,

         v.                                  FEDERAL RULE 7.1
                                             DISCLOSURE STATEMENT
THE CITY OF NEW YORK, P.O. BRETT BARA,
P.O. JOSE BUENO, P.O.s JOHN AND JANE DOE
#1-10, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES (THE NAMES JOHN AND
JANE DOE BEING FICTITIOUS, AS THE TRUE
NAMES ARE PRESENTLY UNKNOWN), THE NEW
YORK CITY HEALTH AND HOSPITALS
CORPORATION, DR. ELI GREENBERG, DR. FADI
HADDAD, DR. ALYSON MALLOY, DR. AMY
COHEN, AND HHC PERSONNEL JOHN AND JANE
DOE #11-20, E.M.S. SUPERVISOR JOHN DOE
#21, COMMON GROUND COMMUNITY H.D.F.C.,
INC., CENTER FOR URBAN COMMUNITY
SERVICES, ROSANNE HAGGERTY, STACY NERI,
DAWN BRADFORD, NANCY PROCARO, ORETHA
FRANKLIN, AND MICHAEL GIORDANO,

              Defendants.
----------------------------------------x
```

Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, COMMON GROUND COMMUNITY H.D.F.C., INC., certifies that the following are parent corporations or publicly held corporations that own 10% or more of its stock: NONE.

DATED: June 27, 2007
      New York, New York

                                       Yours, etc.,

                                       HOEY, KING, TOKER & EPSTEIN
                                       Attorneys for **Defendants**
                                       **COMMON GROUND COMMUNITY HDFC,
                                       INC., ROSANNE HAGGERTY, NANCY
                                       PORCARO, ORETHA FRANKLIN AND
                                       MICHAEL GIORDANO**
                                       Office and Post Office Address
                                       55 Water Street, 29th Floor
                                       New York, New York 10041-2899
                                       (212) 612-4200

                                       By: _____
                                          Glen H. Parker

To:
    Rose M. Weber
    Attorneys for **Plaintiff**
    225 Broadway, Suite 1608
    New York, New York 10007

    Corporation Counsel
     Attorneys for **Defendants**
     **City of New York, P.O. Brett Bara,
     P.O. Jose Bueno, The New York City
     Health and Hospitals Corporation,
     Dr. Eli Greenberg, Dr. Fadi Haddad,
     Dr. Alyson Malloy, and Dr. Amy Cohen**
    100 Church Street
    New York, New York 10007

    Mark A. Solomon, Esq.
    Law Offices of Patrick J. Maloney
    90 Broad Street, Suite 2202
    New York, NY 10004
    Attorneys for **Defendants**
    Center for Urban Community Services,
    Stacy Neri and Dawn Bradford