# ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007

FAX: (212) 791-4149                             TELEPHONE: (212) 748-3355

June 29, 2007

**BY FAX**
Honorable Denny Chin
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re: *Timothy Kraft v. City of New York, et al.*, 07 Civ. 2978 (DC)

Your Honor:

> This application is denied, but plaintiff may serve the four defendants by leaving copies of the papers with a person of suitable age and discretion at Bellevue Hospital and by mailing copies in the proper manner. If Bellevue Hospital refuses to accept the papers, the papers shall just be left -- in the vicinity of an appropriate member of the staff --
>
> SO ORDERED.
>
> [signature]
> DPJ
> 7/9/07

    Plaintiff writes concerning his inability to serve the summons and complaint in the above-referenced matter on four of the defendants: Dr. Eli Greenberg, Dr. Fadi Haddad, Dr. Alyson Malloy, and Dr. Amy Cohen. Upon information and belief, these four individuals are employed at Bellevue Hospital. The Risk Management Office there, however, has refused to accept service for them, insisting instead that my process server must serve each doctor personally. This is, of course, contrary to the CPLR, which permits service on a co-worker. It is also contrary to Bellevue's own prior recent practice, which was for the Risk Management Office to accept service for doctors (*see, e.g., James Edward Jones v. City of New York, et al.*, 06 Civ. 2302 (WHP); *Kenneth Eng v. City of New York, et al.*, 06 Civ. 5206 (VM)).

    Plaintiff respectfully requests that the Court order any one of the following: that Corporation Counsel accept service for the doctors, that HHC accept service for the doctors, or that the Bellevue Hospital Risk Management Office accept service for the doctors.

Thank you for your consideration in this matter

Respectfully,

Rose M. Weber (RW 0515)

cc: Elizabeth Wells, Esq. (by fax)

## ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007
Fax No. (212) 791-4149

# Facsimile Transmission

| To: | Hon. Denny Chin | Re: | *Kraft v. City*, 07 Civ. 2978 (DC) |
|---|---|---|---|
| Fax #: | 212-805-7906 | Date: | June 29, 2007 |

You should receive 2 pages, including this one.

If you do not receive all pages, please call (212) 748-3355

This facsimile contains CONFIDENTIAL INFORMATION that may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

**Message**: