UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TIMOTHY KRAFT,

                             Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O. JOSE BUENO, P.O.s JOHN AND JANE DOE #1-10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown), THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, DR. ELI GREENBERG, DR. FADI HADDAD, DR. ALYSON MALLOY, DR. AMY COHEN, and HHC PERSONNEL JOHN and JANE DOE #11-20, E.M.S. SUPERVISOR JOHN DOE #21, COMMON GROUND COMMUNITY H.D.F.C, INC., CENTER FOR URBAN COMMUNITY SERVICES, ROSANNE HAGGERTY, STACY NERI, DAWN BRADFORD, NANCY PORCARO, ORETHA FRANKLIN, and MICHAEL GIORDANO,

                             Defendants.

------------------------------------------------------------------------ x

**ANSWER TO CROSS-CLAIMS**

07 CV 2978 (DC)

      Defendants the City of New York and the New York City Health and Hospitals Corporation (together, "City Defendants"), by their attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for their Answer to the Cross Claims brought by Common Ground Community H.D.F.C, Inc., Rosanne Haggerty, Nancy Porcaro, Oretha Franklin, and Michael Giordano as set forth in their answer dated June 27, 2007, respectfully allege as follows:

      Deny the allegations set forth in each and every cross-claim.

### FIRST AFFIRMATIVE DEFENSE

1.      The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2.      City Defendants have not violated any of plaintiff's rights, privileges or immunities under the U.S. Constitution, the laws of the United States, the New York Constitution, or any laws of the New York.

## THIRD AFFIRMATIVE DEFENSE

3.      At all times relevant to the acts alleged in the Complaint, City Defendants acted reasonably, properly, lawfully, and in good faith.

## FOURTH AFFIRMATION DEFENSE

4.      City Defendants exercised reasonable care and breached no duties.

## FIFTH AFFIRMATIVE DEFENSE

5.      Cross-Plaintiff has failed to comply with a conditional precedent.

## SEVENTH AFFIRMATIVE DEFENSE

6.      Any injuries alleged in the Complaint were caused, in whole or part, by culpable or negligent conduct of plaintiff and/or persons other than City Defendants.

WHEREFORE, the City Defendants request judgment as follows:

A. in favor of City Defendants dismissing the cross claims and denying all relief requested therein;

B. for costs, fees and such other disbursements; and

C. for such other and further relief as the Court deems just and proper.

Dated:      New York, New York
            July 18, 2007

                MICHAEL A. CARDOZO
                Corporation Counsel of the
                 City of New York
                Attorney for Defendants
                City of New York, and
                New York City Health and Hospital Corporation
                100 Church Street, Room 2-189
                New York, New York  10007
                212-788-0898

By: _____
       Elizabeth A. Wells
       Assistant Corporation Counsel