UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Timothy Kraft,

                                                Plaintiff,          2978 (DC)
                                                                  07 Civ. ~~0392~~ (~~VM~~)

                   -against-

THE CITY OF NEW YORK, et al.,

                                              Defendants.

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I, **Mona Mady**, being duly sworn and under the penalties of perjury, deposes and says:

I am over 18 years of age and am not a party to this action.

That on _6-28-07_, at approximately _3:00_ a.m./**p.m.**, at _230 E. 21st St, New York, New York_, I served a **Summons and ~~Amended~~ Complaint** upon ~~illegible~~ PO Bara, & PO Bueno, defendant therein named, by delivering and leaving a true copy of the **Summons and ~~Amended~~ Complaint** with a person of suitable age and discretion, to wit _P.O. Figueroa_ (name of who was served).

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: _F_    Race: _Hispanic_    Hair: _Brown_    Approx. Age: _30_
Approx. Ht.: _5'4"_    Approx. Wt.: _130 lbs_

That on 6/29/07, declarant mailed another true copy of the **Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to PO Bara & PO Bueno, 230 E. 21st St, NY, NY 10010, ~~his~~ their place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:        New York, New York
                July 15, 2007

By: _____
      Mona Mady

Sworn to before me on
the 15th day of July, 2007

_____
Notary Public

ROSE M. WEBER
Notary Public, State of New York
No. 02WE6080000
Qualified in Kings County
Commission Expires January 27, 2011