

```
                                            ┌─────────────────────────────┐
                                            │ USDC SDNY                   │
                                            │ DOCUMENT                    │
                                            │ ELECTRONICALLY FILED        │
                                            │ DOC #:                      │
                                            │ DATE FILED: 10/25/07        │
                                            └─────────────────────────────┘
```

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ELIZABETH A. WELLS**
phone: 212-788-0898
fax: 212-788-0940
email: ewells@law.nyc.gov

October 24, 2007

BY FAX (212) 805-7906
Honorable Denny Chin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007-1312

Re: *Kraft v. City of New York et al.*, 07-CV-2978 (DC)

Dear Judge Chin:

    I am the Assistant Corporation Counsel newly assigned to represent the New York City Health and Hospitals Corporation, Dr. Eli Greenberg, Dr. Fadi Haddad, and Dr. Alyson Malloy (collectively, the "City Hospital Defendants") in the above-referenced action. I also represent the City of New York, which filed an answer on July 9, 2007.

    I write to respectfully request that City Hospital Defendant's time to respond to the Complaint be extended until December 3, 2007. This the City Hospital Defendants' first request for an extension. Plaintiff has consented to the extension.

    I seek this extension so I may investigate the allegations against the City Hospital Defendants contained in the Complaint and draft an appropriate response. Plaintiff's counsel has advised me that she served defendants Police Officer Brett Bara, Police Officer Jose Bueno, and Dr. Amy Cohen. My office is investigating this claim and will attempt expedite the process of securing representation for these individuals, if appropriate. In anticipation that my representation will extend to these additional individual defendants, my request for an extension also contemplates the need to investigate the allegations against them and draft a single response on behalf of all remaining City defendants.

    Thank you for your courtesy and consideration in this matter.

Respectfully yours,

Elizabeth A. Wells
Assistant Corporation Counsel

Approved.
SO ORDERED.

USDJ 10/25/07