THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
1 CENTRE STREET
NEW YORK, N.Y. 10007-2341

WILLIAM C. THOMPSON, JR.
COMPTROLLER

Date: Aug 15th/2006

## INSTRUCTIONS FOR FILING A NOTICE OF CLAIM

_____

_____

_____

  Under Section 50-e of the General Municipal Law, all tort claims against the City of New York should be filed with:
  The New York City Comptroller's Office
  1 Centre Street - Room 1225
  New York, New York 10007

The Notice of Claim must be in writing. You may use the attached form or a similar format. The Notice of Claim must be <u>notarized</u> and served *personally* or by *certified mail* within 90 days from the date of the occurrence.

  Tort claims against the below named authorities should NOT be filed with the Comptroller's Office but instead, directly with the particular authority:

| | |
|---|---|
| NYC Transit Authority | NYC Housing Authority |
| Triboro Bridge and Tunnel Authority | Board of Higher Education |
| MABSTOA | Port Authority |
| OTB | Battery Park City Authority |
| NYC School Construction Authority | |

  Local Law No. 82 of 1979 provides, in part:
"No Civil action shall be maintained against the City for damage to property or injury to person or death sustained in consequence of any street or sidewalk...being out of repair...unless it appears that written notice was actually given to the Commissioner of Transportation or any person or department authorized by the commissioner to receive such Notice (Department of Transportation, 40 Worth Street, NYC 10013) or where there was previous injury to person or property as a result of the existence of the defective, unsafe, dangerous or obstructed condition and written notice thereof was given to a City agency, or there was written acknowledgement from the City of the defective condition...and there was a failure to neglect within fifteen days after the receipt of such Notice to repair or remove the defect...or the place otherwise made reasonably safe."

  Please note that it is a criminal offense to file a false claim.

**PERSONAL INJURY**

This claim must be filed in person or by registered or certified mail within 90 days from the date of occurrence at the Office of the Comptroller, Municipal Building, Room 1225, 1 Centre Street, New York, N.Y. 10007.

To The Comptroller of The City of New York: I herewith present my claim against the City of New York.

TYPE or PRINT INFORMATION

**PERSONAL INFORMATION**

| Name Of Claimant | | | | |
|---|---|---|---|---|
| Last | First | Age | Date of Birth | |
| KRAFT | TIMOTHY | 64 | JAN. 25th 1942 | |

| Address | | | | |
|---|---|---|---|---|
| Number & Street | City (Borough) | State | Zip | Home Phone |
| 14 E. 28th | N.Y. | N.Y. | 10016 | 646-279-1166 |

**ACCIDENT INFORMATION**

Date of Accident: 5/18/06

Exact Location of Accident: BELLEVUE HOSP. 1st AV. 28th ST. NYNY

Describe How Accident Happened: Was taken to Bellevue Psychiatric against my will and kept far beyond 72 hrs. without any logical or psychiatric reason

Was There a Witness to Accident? Yes

If Yes, Give Name: DR. JURICH, JACK

Address & Phone No. of Witness: 135 W. 23RD ST., NYC, N.Y. #314, 10011, 212-255-6632

Were Police Present at the Accident Scene? No

Accident Report #: N/A

**MEDICAL INFORMATION**

Admitted To Hospital? From 5/18/06 to 5/23/06

Name of Treating Physician: NEIL GREENBURG + DR HAMID

Address Of Doctor: BELLEVUE HOSP. 1st AV + 28 ST, N.Y., N.Y.

Describe Your Injury In Detail: HELD AGAINST MY RIGHTS, LONG AFTER 72 hr. LIMIT WITHOUT ANY CAUSE OR REASONING (SEC 9.40 MENTAL HYGIENE LAW) (SEC 9.39 MENTAL HYGIENE LAW) (SEVERE STRESS + TRAUMA)

**EMPLOYMENT INFORMATION**

Status At Time of Accident: Unemployed, Retired

Social Security #: 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

Date: Aug. 15th, 2006

STATE OF NEW YORK
COUNTY OF

I, TIMOTHY KRAFT, being duly sworn deposes and says that I have read the foregoing NOTICE OF CLAIM...

Signature of Claimant: Timothy [signed]

Sworn to before me this 15 day of August 2006
Signature of Notary Public: Richard B. Minor [signed]

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 2010

Nov. 2nd, 2006

*Claim # 2006P1021508*

Office Of The Comptroller
The City Of New York
c/o Benjamin Samuel

Re: File documents discussed on the phone.

Dear Mr. Samuel:

    Enclosed you will find the key documents from my file, plus, a letter of denunciation from Dr. Jack Jurich who has years of experiance dealing in these matters.

He has worked in two-hospitals and is also familiar with myself.

Furthermore, you can see that Dr. Kramer's reasoning for keeping me was bogus to say the least.

First of all there was no assault because there were no marks on either one of us and that explains why there wasn't any arrest made nor did the police accompany us to the hospital.

I'd also like to mention that the man in the wheelchair is a phony collecting checks for a disability he doesn' have; many people in my building are aware of the fact that he's quite mobile, in fact, he got out of the wheelchair after pursuing me up the block, then slapping me in the face.

Also, I was brought to the hospital for pushing the assistant manager of my residence, which is an apartment building; by the way; I have a lease, I did push him, but it was a response in kind, nevertheless, once I arrived at the hospital a caseworker for some in the building including the man in the wheelchair, but not me, misrepresented herself as being my caseworker, in which, I don't have any, but this seemed to give her credibility with the doctors in the emergency room. *She pulled a switch and now the case in point was the man in the wheelchair, instead of the push, which was absurd to begin with.*
She told the doctors that I could not return to the building; she also said this to the police earlier.

I'd also like to bring to your attention that The EMS Workers DID NOT want to take me, but Ms. Neri made such a stink of it that they called Their SUPERV ISOR who exclaimed, "Let the doctors over their decide"! And that's how I wound up at Bellevue.

In closing, I'd like to mention that the owner of my building is married to Dr. Lloyd Sederer, The Deputy Commissioner On Mental Hygeine in this city as you're probably aware of. She also sits on the board of directors of CUCS the agency Ms. Neri works for, not to mention the fact, that she also houses employees of Bellevue, including, Anthony Stama-touras,who lives in apartment 513 which is located in my building,and just happened to be working on 18 west where I was kept; this I found odd, to say the least.,not to mention the conflicting interest'.

Finally, Dr. Haddad, who, by the way overruled Dr. Amy Cohen who wanted to release me, even though he had never met me as yet, his excuse being that Neri told him that it was not safe for me to return to the building because ther were threats against me.
I replied, if that's the case then I should be released and they should be brought here .
I then asked, doesn't that sound bogus? he replied,"I admit it does, but I want to keep you a little longer."

I think Bellevue was trying to act on the building's behalf at my expence and this is a no-no.

Sincerely,

Timothy Kraft
14 East 28th Street, NYC, NY 10016
(Apt: 630)  Tel: 646-279-1166
krafttimothy@yahoo.com

P.S. Haddad said that he would keep me 72 hrs. and the violated that. See Sections 9.39 & 9.40 of the Mental Hygiene laws.

Note: I included my complaint report to police; if I was the perp then why would I have been issued this?

Please Reply.

Also, I never admitted to a psychiatric history and Liengang knows that; when he asked, I told him I had never been under a psychiatrist care which is the truth.

Also, I am not a manic depressive in any way shape or form; that's why there's no medication.

And finally, finally, I never said that I was extremely obsessive; I said that I was very detailed.

**Jack Jurich, Ph.D.**
*Clinical Psychology*
*135 W.23rd St. #314*
*New York, NY 10011*
*Phone: 212-255-6632*

MYS License: 014799

07/27/06

To Whom It May Concern,

This letter Is in regard to Mr. Timothy Kraft's Bellevue hospitalization. Mr. Kraft has been a patient in my care for 1x weekly psychotherapy, since 2000 and I do not agree with the diagnosis that was given to the patient at the time of discharge from Bellevue.

Furthermore, Dr. Haddad took liberties in the patient's file about what I had discussed with him on the telephone, which seems inappropriate behavior on his part.

Also, the mental status exam conducted by Dr. Mallloy on 5/18/06 seems inadequate grounds to have held Mr. Kraft for any further observation.

Lastly, the statement in the discharge summary that I "agreed with the impression of the staff here at Bellevue that the patient can be quite irritating and needling of authority and that this resulted in conflicts at the hotel" is inaccurate. The only thing discussed that was remotely similar to this statement is that I mentioned Mr. Kraft has a history of getting into disputes with the managtement at his residence.

Sincerely,

Jack Jurich, Ph.D.

# MENTAL STATUS EXAMINATION

Unit: CPEP  Time, Date: 8pm, 5/18/06

Must respond within each category and to items in **BOLD** print. No disturbance=0, unknown = ?   TIMOTHY

**GENERAL APPEARANCE** appears stated age, dressed in black nk hygiene
- operation: cooperative
- Psychomotor activity: ∅ mild/fidgety in chair   ATT GREENBERG ELI
- EPS, dyskinesia, tics, etc: ∅

**SPEECH**
- Spontaneity: ☒ Spontaneous  ☐ Long latency  ☐ Needs prompting  ☐ Mute
- Rate/Prosody: ☐ Normal  ☐ Halting  ☒ Rapid  ☒ Pressured
- Volume: ☒ Normal  ☐ Soft  ☐ Loud

difficult to interruptible, but marginally

**THOUGHT PROCESS** ☐ Impoverished ☐ Concrete  ☐ Tangential  ☐ Irrelevant  ☐ Flight of ideas
☐ Loose  ☐ Uncoherent
Circumstantial    overinclusive

**THOUGHT CONTENT** ☐ Preoccupations  ☐ Overvalued ideas  ☐ Referential  ☐ Obsessions ☐ Delusions
☐ Phobia ☒ Grandiose  ☐ Paranoid  ☐ Bizarre ☐ Nihilistic  ☐ Religious ☐ Somatic

**SUICIDAL IDEATION** ∅   Must describe general themes   ater   ∅ delusions, ∅ paranoia  @grandios
☐ Morbid thoughts  ☐ Passive SI  ☐ Planning  ☐ Any preparation  ☐ Final Acts   pt says he
☐ Intent   ☐ Lethal means available: DESCRIBE METHOD    has 4
                                                        Ad his
**AGGRESSIVE IDEATION** ☐ Vague ideas                                             very
∅  ☐ Weapon available  ☐ Specific aggressive ideas  ☐ Specific homicidal ideas  ☐ Plausible plan  attractv
   ☐ Victim identified   Describe method                                        gf
   Name                                                                 ☐ Notified

**PERCEPTION** ∅  ☐ Derealization  ☐ Depersonalization  ☐ Illusions

Auditory Hallucinations: ∅
- ☐ Whispering  ☐ Simple Sounds/phrases  ☐ Single voice  ☐ Multiple voices
- ☐ Recognizable  ☐ Address Each Other  ☐ Address patient ☐ Distressing
- ☐ Commands  ☐ Follows commands Describe content
- ☐ Appears to be responding to internal stimuli

Visual Hallucinations: ∅
Other___
- ☐ Simple  ☐ Complex  ☐ Bizarre  Describe content
- ☐ Olfactory  ☐ Gustatory  ☐ Tactile  Describe

**MOOD**
☒ Elevated  ☐ Depressed  ☐ Neutral
Patient describes mood as (quote) "I'm in a good mood because I met you"

**AFFECT**
Range  Describe affects observed (tearful, smiling, etc.,)
Stability/Reactivity  ☐ Broad, expansive  ☒ Full
Appropriateness  ☒ Stable  ☐ Irritable, reactive  ☐ Constricted  ☐ Blunted/flattened
☒ Appropriate  ☐ Labile
☐ Inappropriate to content
☐ Inappropriate to situation

**COGNITION**
Oriented to  ☒ Person  ☐ Place  ☒ Time  ☒ Situation
Attention/Concentration  ☒ d-l-r-o-w
Memory  ☐ Registers __/__ items, recalls __ in __ minutes  ☐ Serial __'s
MSE  Must be given for any "organic" diagnosis  ☐ Spontaneous  ☐ categories  ☐ multiple choice
Intelligence  ☒ Normal ☐ High  ☐ Low normal  ☐ Mild MR  ☐ Moderate MR  ☐ Severe MR
                                  Score __/__

**INSIGHT** check all that apply
☒ No insight  ☐ Recognizes presence of illness  ☐ Understands psychiatric nature
☐ Accepts need for treatment

**JUDGEMENT** check all that apply
☐ Poor as a function of current mental status  ☐ Follows recommendations
☒ Adequate for basic needs  ☐ Poor as a function of stable traits
☐ Understands consequences of behavior

when told that he would be staying here in EOU, pt became angry, raised his voice, and got out of his seat and invaded interviewers

9MD

Init _____ Time, Date _____

Must respond within each category and to items in bold print. No disturbance=0, unknown=?

Appearance _____ well appearing, dressed in black, NAD
Cooperation _____ Cooperative
Psychomotor activity _____
EPS, dyskinesia, tics, etc _____ Ø

### Speech
Spontaneity — ☒Spontaneous  ☐Long latency  ☐Needs prompting  ☐Mute
Rate/Prosody — ☐Normal  ☐Halting  ☐Rapid  ☒Pressured
Volume — ☒Normal  ☐Soft  ☐Loud

Thought process _____ ☐Impoverished  ☒Tangential  ☐Irrelevant  ☐Flight of ideas  ☐Loose  ☐Incoherent

Thought content _____ → with self-image
☒Preoccupations  ☐Overvalued ideas  ☐Referential  ☐Obsessions  ☐Delusions  ☐Phobia
☐Grandiose  ☒Paranoid  ☐Bizarre  ☒Nihilistic  ☐Religious  ☐Somatic
Must describe general themes _____ possibly thinks many "misunderstand him" he may be "invisible"

Suicidal Ideation Ø  ☐Morbid thoughts  ☐Passive SI  ☐Planning  ☐Any preparation  ☐Final acts
☐Intent  ☐Lethal means available  Describe method _____

Homicidal Ideation Ø  ☐Vague ideas  ☐Specific aggressive ideas  ☐Specific homicidal ideas  ☐Plausible plan
☐Weapon available  Describe method _____
☐Victim identified  Name _____  ☐Notified

Perception Ø
Auditory hallucinations Ø  ☐Derealization  ☐Depersonalization  ☐Illusions
☐Whispering  ☐Simple sounds/phrases  ☐Single voice  ☐Multiple voices
☐Recognizable  ☐Address each other  ☐Address patient  ☐Distressing
☐Commands  ☐Follows commands  Describe content _____
☐Appears to be responding to internal stimuli
Visual hallucinations Ø  ☐Simple  ☐Complex  ☐Bizarre  Describe content _____
Other Ø  ☐Olfactory  ☐Gustatory  ☐Tactile  Describe _____

### Mood
☒Elevated  ☐Depressed  ☐Neutral
Patient describes mood as (quote) _____ "I feel good, I'm always good"

### Affect
Describe affects observed (tearful, smiling, etc) _____ smiling, laughing
Range — ☐Broad, expansive  ☒Full  ☐Constricted  ☐Blunted/flattened
Stability/Reactivity — ☐Stable  ☐Irritable, reactive  ☐Labile
Appropriateness — ☒Appropriate  ☐Inappropriate to content  ☐Inappropriate to situation

### Cognition
Oriented to — ☒Person  ☒Place  ☒Time  ☒Situation
Attention/Concentration — ☐Draw  ☒Serial 7's  100-7=93 -7=86
Memory — Registers 3/3 items, recalls 3 in 4 minutes ☒spontaneous  ☐categories  ☐multiple choice
MMSE — Must be given for any 'organic' diagnosis  Score _/_
Intelligence — ☐Normal  ☒High  ☐Low normal  ☐Mild MR  ☐Moderate MR  ☐Severe MR

Insight  ☐No insight  ☐Recognizes presence of illness  ☐Understands psychiatric nature
Check all that apply  ☐Accepts need for treatment  ☒Follows recommendations
Judgment  ☐Poor as a function of current mental state  ☐Poor as a function of stable traits
Check all that apply  ☒Adequate for basic needs  ☐Understands consequences of behavior

645736
KRAFT, TIMOTHY
01/25/42  M
ACT  25110379  05/18/0?

15MD

# TREATMENT PLAN

ase Formulation and Rationale for Admission
ior Records:     ( ) None     ( ) Requested, not received at this time    ( ) Reviewed

645736
KRAFT, TIMOTHY
01/28/42   M
ACT  25110379  05/18/05
PCP
ATT  GREENBERG ELI

ypsycho/social Formulation
cent casual chain leading to current presentation
y must rx proceed in the hospital?
at clinical objective might be achieved in 2-3 weeks?

64 yo ♂ c̄ hx hyperlipidemia and ⊕ past ψ hx who was in verbal + physical altercation c̄ man in wheelchair + building manager at Prince George today. Pt states that the man was verbally harassing him + that the man punched him first. He says the bldg manager shoved him + so he shoved him back. A case worker @ Prince George states that the pt was unprovoked and that he has a hx @ Prince George of being paranoid, irritable and follows staff around. On interview, pt was circumstantial + overinclusive with pressured speech. He denies that he was at fault in the altercation and that he does not need to be on a ψ ward. He exhibited signs of grandiosity, saying that he was a star in high school, that prostitutes would offer to be with him for free, and that he writes excellent screen plays + novels. He denies SI/HI/PI/AVH. Our assessment is that due to pt's physical, unprovoked per case worker, assault on man + bldg manager that he should be placed in the EOU.

problems: ① agitation
          ② hypomania

causes: Pt's agitation may be related to argument or if
Plan:    unprovoked, may be biologic or characterlogic.
 - EOU   His hypomania appears biologic, r/o substance
 - attempt to get collaterals                    induced
 - consider starting Depakote or a benzodiazepine - pt declined
 - haldol + ativan prn agitation
 - CXR
 - Labs - CBC, LFTs, RPR, TSH

Signature [illegible] MS3 /Maly/     Print/MD# Rochelle Lerner MS3 / Maly MD
Attending [illegible]                Print/MD# Eli Wersky MD

I IV Diagnosis
k Primary diagnosis

Axis I   Mood d/o NOS              Code____
         r/o bipolar d/o            Code____
         r/o impulse control d/o    Code____
         r/o SIMD                   Code____
Axis II  deferred
         narcissistic traits

Axis III  none
Axis IV   on welfare
Axis V (GAF)  35

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 3-98)-Pent (RMU)

48 hrs

Date: 5/18/06

Welcome to  13 PCT.    230 EAST 21 STREET, NYC, NY 10010    212-477-7416 or 417
         (Command)              (Address)                              (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: 4418    Accident Report No.: _____    Aided Report No.: _____

Reported to: PO BARA    Date of Occurrence: 5/18/06    Time: 1700
             (Rank) (Name)   (Shield No.)

Location of Occurrence: 14 E 28

Crime: HARASSMENT

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number _____. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY — PROFESSIONALISM — RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!**

Fri, 23 Jun 06  1450                                              Page 1 of 5

# Bellevue Hospital Center
## Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-18W-50-B | Kraft,Timothy | 645736 | 645736-11 | 64Y | M |

Attending Physician
Leingang,Terrance A

---

Unscheduled Discharge Summary
Event Time: Tue, 23 May 06  0000                    Status: complete

Fri, 26 May 06  1247    Documented by

Attndg Physician: Terrance A Leingang, MD
Dictated    By  : Terrance A Leingang, MD
Discharge  Date : 23May2006
Dictation  Date : 25May2006
Xscription Date : 26May2006
Report          :

## PSYCHIATRIC DISCHARGE SUMMARY

Patient:                        Medical Record No:
Kraft, Timothy                  064 57 36

Age:        Sex:      Ward:        Date Adm:       Disch Date:
64          M                      05/18/06        05/23/06

HISTORY OF PRESENT ILLNESS: This is the first psychiatric admission for this 64-year-old white male who was brought to the hospital by emergency medical services from the Prince George Hotel Residence. The patient had reportedly shoved a manager of the hotel precipitating the call to police and then subsequently to EMS. The patient also had reportedly assaulted another client of the residence who was wheelchair bound. The patient himself admitted to much of the above history. However, he claimed that this other resident frequently harasses him by calling him names by shit head. On the day of admission, the patient said he left the hotel lobby and this patient in the wheel chair again called him names. The patient proceeded to walk down the street but he was claimed to be pursued by the man who had an electric powered wheelchair. He says that the man in fact assaulted him and that he returned the punch. Later back in the lobby of the hotel room they continued to argue. Someone from the hotel management apparently came between them. The patient said that this manager shoved him, so the patient shoved him back. This was the incident that resulted to his being brought to the hospital. Upon

Fri, 23 Jun 06  1450                                              Page  2 of 5

Bellevue Hospital Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-18W-50-B | Kraft,Timothy | 645736 | 645736-11 | 64Y | M |

Attending Physician
Leingang,Terrance A

---

Unscheduled Discharge Summary -- cont'd
   admission to the hospital, the patient was somewhat
   agitated and somewhat hyperactive.

   PAST PSYCHIATRIC HISTORY: He admitted to a past
   psychiatric history, which included only outpatient
   therapy. The patient denied any substance or alcohol abuse.

   COURSE IN THE HOSPITAL: The patient was not started on any
   medications. He supplied the name of his outpatient
   psychologist who was a Dr. Jack Gurich at telephone number
   212-255-6632. Dr. Gurich confirmed much of the patient's
   history. He noted that he had been seeing him on an
   outpatient basis in psychotherapy for the past five to six
   years. Additionally, he had known the patient who was
   being seen in a clinic situation prior to seeing Dr. Gurich
   on a private basis. According to Dr. Gurich, the patient
   had never been prescribed medications and had never been
   hospitalized. He did say that he believed that the patient
   once received a prescription for Xanax to be taken on a
   p.r.n. basis but as far as he knows the patient never took
   the Xanax. He described the patient as having narcissistic
   with strong obsessional trends. He agreed with the
   impression of the staff here at Bellevue that the patient
   can be quite irritating and needling of authority and that
   this resulted in conflicts at the hotel. The Prince George
   is staffed by the CUCS. The treatment team received a call
   from Stacy Neri of the CUCS at the Prince George. She
   requested to discuss the patient. The patient however, did
   not give permission to discuss his case with anyone from
   CUCS. The patient noted that the CUCS staffs the hotel but
   that he is not under their care. This was discussed with
   Ms. Neri who confirmed that their services in the Prince
   George Hotel are voluntary and that the patient has not
   accepted their services. She appeared to be aware that the
   patient has an outpatient treatment team but she was not in
   contact with them. Curiously, Dr. Gurich said that he had
   had some contact sometime ago with staff of the CUCS, but
   not Ms. Neri. Ms. Neri faxed a number of documents
   describing the difficulties that the hotel had encountered

Fri, 23 Jun 06  1450                                          Page  3 of 5

                        Bellevue Hospital Center
                          Chart Review Print

Location         Patient Name          Patient Number  Visit Number   Age   Sex
DIS-18W-50-B     Kraft,Timothy         645736          645736-11      64Y   M

                                       Attending Physician
                                       Leingang,Terrance A

---

Unscheduled Discharge Summary -- cont'd
               in dealing with the patient.  These were largely about the
               patient's verbal harassment.  She also described the
               incident with the man in the wheelchair as unprovoked.  It
               was also suggested that a staff member at the Prince George
               had gotten an order of protection against the patient as he
               had been giving this staff member unwanted attention.  The
               patient himself denied this.  He said that it was a rumor
               that there was an order of protection against him.  He said
               in fact this was not the case and that he had a letter at
               home, which in fact was a letter of apology from the
               management of the Prince George about the circulation of
               the rumor that there was an order of protection.  An
               examination of the records sent by CUCS did list the police
               report of the harassment which was referred to, however,
               consistent that the patient had said this statement from
               the police notes that there is no order of protection.
               Nonetheless, the above was discussed with the patient.  The
               patient agreed that he tended to be very obsessional and
               precise in his thinking and to get perhaps overly focussed
               on details of the management of the building that in turn
               resulting in conflicts with the management and with CUCS.
               The patient gave us an example his determining that mail
               was being handled inappropriately in the Prince George
               Hotel when he arrived there three years ago, specifically,
               the mail which is placed on the lobby desk and then sorted
               by someone in the management of the Prince George.  The
               patient noted that he and other residents at times felt
               that the mail was stolen or missing.  The patient took it
               upon himself to approach postal officials.  The patient
               claims that they sent an investigator who had determined
               that in fact the mail was being handled inappropriately.
               As a result of this, two mail delivery boxes were placed
               outside the Prince George, which are now functioning to
               sort out the mail in a more appropriate manner.  The
               patient took some satisfaction in this and likely was
               correct in his analysis.  However, such behavior would
               likely result in conflicts with the management of the hotel.


               During the time at the hospital, the patient was not

Fri, 23 Jun 06  1450                                              Page 4 of 5

Bellevue Hospital Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-18W-50-B | Kraft,Timothy | 645736 | 645736-11 | 64Y | M |

Attending Physician
Leingang,Terrance A

---

Unscheduled Discharge Summary -- cont'd

treated with medication. He was generally appropriate. He did show strong obsessional trends and paranoid trends in his thinking and also a narcissistic quality. This was consistent with Dr. Gurich's impression. Later in hospitalization, Ms. Neri from CUCS called once again. She noted that her director was requesting that there be a case conference about the patient. It was noted by Ms. Neri that the patient had not given permission to discuss his case with CUCS and also the CUCS was not in fact an official provider of services to him. Therefore, he was curious that her director was asking for a case conference. Ms. Neri further stated that they needed a case conference before he would be allowed to return to the hotel. It was suggested to Ms. Neri once again that they were not a provider for this patient and they had no authority over the patient's return to the hotel. Nonetheless, the issues of potential conflict were discussed with the patient and the patient verbalized his agreement that he would try to curtail his interactions with CUCS and with the building management. As the patient was not deemed to be a danger to himself or others, was verbalizing commitment to continue in outpatient treatment and to address these issues in his outpatient treatment, the patient was discharged back to his residence.

MENTAL STATUS ON DISCHARGE: The patient was alert, oriented x3, and his memory was grossly intact. His affect was slightly elevated, generally appropriate. His mood was neutral. In his thinking, he was reasonably well organized but with obsessional and paranoid trends. He was not delusional, hallucinating, suicidal or assaultive. His insight and judgment were reasonably intact.

FINAL DIAGNOSES:   Axis I: *Psychothymic* [handwritten: psycothymic] disorder.
Axis II:  Personality disorder with obsessional, paranoid, and narcissistic trends.
Axis III: Hyperlipidemia and increased glucose.
Axis IV:  Conflicts with staff at the Prince George Residence.
Axis V:   GAF was 30 on admission, 60 on discharge.

```
  Fri, 23 Jun 06  1450                                      Page  5 of  5

                        Bellevue Hospital Center
                          Chart Review Print

Location        Patient Name         Patient Number   Visit Number    Age   Sex
DIS-18W-50-B    Kraft,Timothy        645736           645736-11       64Y   M

                                     Attending Physician
                                     Leingang,Terrance A
```

---

Unscheduled Discharge Summary -- cont'd

       DISPOSITION:  The patient retuned to live at the Prince George.

       REFERRAL:  Referral is back to Dr. Jack Gurich.

       MEDICATIONS ON DISCHARGE:  There were no medications given on discharge.


       Dr. Terrence Leingang
       D:  05/25/06
       T:  05/26/06
       CMAG/DIV/TL
       06-01066100

---

\* \* \* End of Report \* \* \*

