UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
TIMOTHY KRAFT,

                      Plaintiff,

    v.

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O. JOSE BUENO, P.O.S JOHN AND JANE DOE #1-10, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES (THE NAMES JOHN AND JANE DOE BEING FICTITIOUS, AS THE TRUE NAMES ARE PRESENTLY UNKNOWN), THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, DR. ELI GREENBERG, DR. FADI HADDAD, DR. ALYSON MALLOY, DR. AMY COHEN, AND HHC PERSONNEL JOHN AND JANE DOE #11-20, E.M.S. SUPERVISOR JOHN DOE #21, COMMON GROUND COMMUNITY H.D.F.C., INC., CENTER FOR URBAN COMMUNITY SERVICES, ROSANNE HAGGERTY, STACY NERI, DAWN BRADFORD, NANCY PROCARO, ORETHA FRANKLIN, AND MICHAEL GIORDANO,

                      Defendants.
-------------------------------------x

Index No.: 07 CV 2978
(ELECTRONICALLY FILED)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Defendants, Common Ground Community HDFC, Inc., Rosanne Haggerty, Nancy Porcaro, Oretha Franklin and Michael Giordano, hereby appear in the above-entitled action and that the undersigned have been retained as attorneys for said Defendants and demand that all papers in this action be served upon the

undersigned at the office address stated below.

Dated: New York, New York
       March 4, 2008

>   HOEY, KING, TOKER & EPSTEIN
>   Attorneys for Defendants
>   **Common Ground Community HDFC, Inc.,**
>   **Rosanne Haggerty, Nancy Porcaro, Oretha**
>   **Franklin and Michael Giordano**
>   Hoey, King, Toker & Epstein
>   55 Water Street, 29th Floor
>   New York, New York 10041-2899
>   (212) 612-4200
>
>   By: _____
>       Danielle M. Dandrige (DD 6635)

TO:

**ROSE M. WEBER**
Attorneys for Plaintiff,
Timothy Kraft
225 Broadway, Suite 1608
New York, New York 10007

**CORPORATION COUNSEL**
Attorneys for Defendant,
City of New York, P.O. Brett Bara, P.O. Jose Bueno,
The New York City Health and Hospitals Corporation
Dr. Eli Greenberg, Dr. Fadi Haddad, Dr. Alyson Malloy
and Dr. Amy Cohen
100 Church Street
New York, New York  10007

**LAW OFFICES OF PATRICK J. MALONEY**
Attorneys for Defendant,
Center for Urban Community Services
Stacy Neri, Dawn Bradford
90 Broad Street
White Plains, New York 10605

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
TIMOTHY KRAFT,

                     Plaintiff,

      v.

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O. JOSE BUENO, P.O.S JOHN AND JANE DOE #1-10, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES (THE NAMES JOHN AND JANE DOE BEING FICTITIOUS, AS THE TRUE NAMES ARE PRESENTLY UNKNOWN), THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, DR. ELI GREENBERG, DR. FADI HADDAD, DR. ALYSON MALLOY, DR. AMY COHEN, AND HHC PERSONNEL JOHN AND JANE DOE #11-20, E.M.S. SUPERVISOR JOHN DOE #21, COMMON GROUND COMMUNITY H.D.F.C., INC., CENTER FOR URBAN COMMUNITY SERVICES, ROSANNE HAGGERTY, STACY NERI, DAWN BRADFORD, NANCY PROCARO, ORETHA FRANKLIN, AND MICHAEL GIORDANO,

                     Defendants.
--------------------------------------x

Index No.: 07 CV 2978

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                ss.
COUNTY OF NEW YORK  )

Rose Marie Bianco, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action and reside in the City of Richmond Hill, County of Queens and the State of New York.

2. That on March 4, 2008, I served upon:

**ROSE M. WEBER**
Attorneys for Plaintiff,
Timothy Kraft
225 Broadway, Suite 1608
New York, New York 10007

**CORPORATION COUNSEL**
Attorneys for Defendant,
City of New York, P.O. Brett Bara, P.O. Jose Bueno,
The New York City Health and Hospitals Corporation
Dr. Eli Greenberg, Dr. Fadi Haddad, Dr. Alyson Malloy
and Dr. Amy Cohen
100 Church Street
New York, New York  10007

**LAW OFFICES OF PATRICK J. MALONEY**
Attorneys for Defendant,
Center for Urban Community Services
Stacy Neri, Dawn Bradford
90 Broad Street
White Plains, New York 10605


a true copy of the annexed **NOTICE OF APPEARANCE** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.


DATED:   March 4, 2008
         New York, New York

                                                        _____
                                                        Rose Marie Bianco


Sworn and subscribed
before me on March 4, 2008

_____
Notary Public

MARIA SANJOSE
Notary Public, State of New York
No. 01SA6015824
Qualified in Kings County
Commission Expires November 9, 20_10_

Index No.: 07 CV 2978

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY KRAFT,

        Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O. JOSE BUENO, P.O.S JOHN AND JANE DOE #1-10, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES (THE NAMES JOHN AND JANE DOE BEING FICTITIOUS, AS THE TRUE NAMES ARE PRESENTLY UNKNOWN), THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, DR. ELI GREENBERG, DR. FADI HADDAD, DR. ALYSON MALLOY, DR. AMY COHEN, AND HHC PERSONNEL JOHN AND JANE DOE #11-20, E.M.S. SUPERVISOR JOHN DOE #21, COMMON GROUND COMMUNITY H.D.F.C., INC., CENTER FOR URBAN COMMUNITY SERVICES, ROSANNE HAGGERTY, STACY NERI, DAWN BRADFORD, NANCY PROCARO, ORETHA FRANKLIN, AND MICHAEL GIORDANO,

        Defendants.

---

**NOTICE OF APPEARANCE**

---

**HOEY, KING, TOKER & EPSTEIN**
Attorneys for Defendants
**Common Ground Community HDFC, Inc., Rosanne Haggerty, Nancy Porcaro, Oretha Franklin and Michael Giordano**
Office and Post Office Address
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200