UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY KRAFT,                                              Docket No. 07 CV 2978

                      Plaintiff,

   -against-

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O.     **NOTICE OF**
JOSE BUENO, P.O.s JOHN and JANE DOE #1-10,     **APPEARANCE**
individually and in their official capacities (the names
John and Jane Doe being fictitious, as the true names are
presently unknown), THE NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION, DR. ELI
GREENBERG, DR. FADI HADDAD, DR. ALYSON
MALLOY, DR. AMY COHEN, and HHC PERSONNEL
JOHN and JANE DOE #11-20, E.M.S. SUPERVISOR
JOHN DOE #21, COMMON GROUND COMMUNITY
H.D.F.C., INC., CENTER FOR URBAN COMMUNITY
SERVICES, ROSANNE HAGGERTY, STACY NERI,
DAWN BRADFORD, NANCY PORCARO, ORETHA
FRANKLIN, and MICHAEL GIORDANO,

                      Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby enters an appearance as counsel of record for Defendant, Center for Urban Community Services, Inc., in the above-captioned matter.

DATED:    New York, New York
               March 26, 2008

                      Respectfully submitted,

                      LAW OFFICES OF DIFFENDERFER & SOLOMON

                      By:    **/s/ Hendrick Vandamme**
                              Hendrick Vandamme (HV-7702)
                              90 Broad Street, Suite 2202
                              New York, New York 10004
                              (646) 428-2650
                              henvan@safeco.com
                              Attorneys for Defendant
                              Center for Urban Community Services, Inc.