UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TIMOTHY KRAFT,　　　　　　　　　　　　　　　　　　　　Docket No. 07 CV 2978

　　　　　　　　　Plaintiff,

　　-against-

　　　　　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O. JOSE
BUENO, P.O.s JOHN and JANE DOE #1-10, individually and in their
official capacities (the names John and Jane Doe being fictitious, as
the true names are presently unknown), THE NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION, DR. ELI
GREENBERG, DR. FADI HADDAD, DR. ALYSON MALLOY,
DR. AMY COHEN, and HHC PERSONNEL JOHN and JANE DOE
#11-20, E.M.S. SUPERVISOR JOHN DOE #21, COMMON
GROUND COMMUNITY H.D.F.C., INC., CENTER FOR URBAN
COMMUNITY SERVICES, ROSANNE HAGGERTY, STACY
NERI, DAWN BRADFORD, NANCY PORCARO, ORETHA
FRANKLIN, and MICHAEL GIORDANO,

　　　　　　　　　Defendants.
------------------------------------------------------------------X

　　　　　PLEASE TAKE NOTICE that defendant, CENTER FOR URBAN COMMUNITY

SERVICES, INC., appears in this action and that the Law Offices of Harvey &

Vandamme has been retained as the defendants' attorneys of record.

　　　　　Also, please note that the Law Offices of　Patrick J. Maloney and the Law Offices of

Diffenderfer & Solomon no longer are the defendants' attorneys of record.

　　　　　DATED:　　　New York, New York
　　　　　　　　　　　　June 13, 2008


　　　　　　　　　　　　　　　　　Yours, etc.,

　　　　　　　　　　　　　　　　　LAW OFFICES OF HARVEY & VANDAMME

　　　　　　　　　　　　　　　　　By:　　　**/s/ Hendrick Vandamme**
　　　　　　　　　　　　　　　　　　　　　　Hendrick Vandamme (HV-7702)

                                                90 Broad Street, Suite 2202  
                                                New York, New York 10004  
                                                (646) 428-2650  
                                                henvan@safeco.com  
                                                Attorneys for Defendant  
                                                Center for Urban Community Services, Inc.0--=