UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY KRAFT,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, P.O. BRETT BARA, P.O. JOSE
BUENO, P.O.s JOHN and JANE DOE #1-10, individually and in their
official capacities (the names John and Jane Doe being fictitious, as
the true names are presently unknown), THE NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION, DR. ELI
GREENBERG, DR. FADI HADDAD, DR. ALYSON MALLOY,
DR. AMY COHEN, and HHC PERSONNEL JOHN and JANE DOE
#11-20, E.M.S. SUPERVISOR JOHN DOE #21, COMMON
GROUND COMMUNITY H.D.F.C., INC., CENTER FOR URBAN
COMMUNITY SERVICES, ROSANNE HAGGERTY, STACY
NERI, DAWN BRADFORD, NANCY PORCARO, ORETHA
FRANKLIN, and MICHAEL GIORDANO,

                Defendants.
------------------------------------------------------------------X

NOTICE OF SUBSTITUTION
OF COUNSEL

Index No.: 07 CV 2978 (DC)

      PLEASE TAKE NOTICE that defendants, CENTER FOR URBAN COMMUNITY SERVICES, INC., STACY NERI, and DAWN BRADFORD, appear in this action and that the Law Offices of Harvey & Vandamme has been retained as the defendants' attorneys of record.

      Also, please note that the Law Offices of Patrick J. Maloney and the Law Offices of Diffenderfer & Solomon no longer are the defendants' attorneys of record.

      Dated: New York, New York
             July 22, 2008

                            By:  s/
                            Hendrick Vandamme, Esq. (HV-7702)
                            Law Offices of Harvey & Vandamme
                            Incoming Attorneys of Record
                            90 Broad Street, Suite 2202
                            New York, NY 10004