UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

TIMOTHY KRAFT,                              :

           Plaintiff,             :

    - against -                           :        **ORDER**

THE CITY OF NEW YORK et al.,                :        07 Civ. 2978 (DC)

           Defendants.            :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

    On consent of the parties as set forth at a pre-trial conference on March 7, 2008, the claims against defendant Amy Cohen are dismissed without prejudice.

    SO ORDERED.

Dated:   New York, New York
        August 29, 2008

                                    DENNY CHIN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08